UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher Roller,

       Plaintiff,

v.                                                                 Civil No. 07-1298 (JNE/JJG)
                                                                   ORDER

Central Intelligence Agency,

       Defendant.

This case is before the Court on a Report and Recommendation issued on November 20, 2007, by the Honorable Jeanne J. Graham, United States Magistrate Judge. Plaintiff objected to the Report and Recommendation. Plaintiff also moved to disqualify the magistrate judge. The Court has conducted a de novo review of the record. Based on that review, the Court adopts the Report and Recommendation. *See* D. Minn. LR 72.2(b). The Court also denies Plaintiff's motion to disqualify. Accordingly, IT IS ORDERED THAT:

1.  All claims in this litigation are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

2.  Plaintiff's motion to disqualify [Docket No. 30] is DENIED.

3.  All other motions [Docket Nos. 5, 12, 15, & 21] are DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 10, 2007

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge